No. 140, Misc. KENNEY *v.* HATFIELD ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Charles W. Gore* for respondents.

No. 144, Misc. TISCIO *v.* MARTIN, WARDEN, ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 151, Misc. NIEMOTH *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 155, Misc. FLETCHER *v.* LAWS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Oscar H. Davis,* then Acting Solicitor General, for respondent.

No. 159, Misc. RADOWITZ *v.* NEW JERSEY ET AL. Supreme Court of New Jersey. Certiorari denied.

No. 160, Misc. SCHUMAN *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 168, Misc. GUERIN *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 169, Misc. HOLLAND *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 170, Misc. BRANNON ET AL. *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 171, Misc. HULLOM *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.